IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|                            |   |                         |
|----------------------------|---|-------------------------|
| UNITED STATES OF AMERICA,  | ) |                         |
|                            | ) |                         |
| Plaintiff,                 | ) |                         |
|                            | ) |                         |
| VS.                        | ) | No. 04-1208-T/An        |
|                            | ) | Crim. No. 01-10032-T    |
| SCOTT MASSEY,              | ) |                         |
|                            | ) |                         |
| Defendant.                 | ) |                         |

ORDER ON MOTION TO CLARIFY STATUS OF CASE

On August 30, 2004, defendant Scott Massey filed a motion attacking his sentence pursuant to 28 U.S.C. § 2255. He has now filed a motion asking the Court to "clarify" the status of this case. Defendant's motion is undergoing the initial consideration required by the Court pursuant to Rule 4(b) of the Rules Governing § 2255 Motions. If the Court determines that the motion should not be dismissed, the United States will be ordered to file a response.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

/ April 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___04-04-05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:04-CV-01208 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Scott Massey
Federal Medical Center
17707-076
P. O. Box 14525
Lexington, KY 40511

Honorable James Todd
US DISTRICT COURT