IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | Civ. No. 04-1208-T/An<br>Crim. No. 01-10032-2-T |
| SCOTT MASSEY, | ) ) ) | |
| Defendant. | ) | |

ORDER DIRECTING UNITED STATES TO RESPOND

Defendant Scott Massey, Bureau of Prisons inmate registration number 17707-076, an inmate at the Federal Medical Center in Lexington, Kentucky, filed a *pro se* motion pursuant to 28 U.S.C. § 2255 on August 30, 2004.

It is ORDERED that the United States file a response to the motion within twenty-three days from the date of this order.

The Clerk shall provide a copy of the original and amended motions in this cause and this order to the United States Attorney for the Western District of Tennessee.

IT IS SO ORDERED this 20th day of June, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____06-21-05_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:04-CV-01208 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Scott Massey
Federal Medical Center
17707-076
P. O. Box 14525
Lexington, KY 40511

Honorable James Todd
US DISTRICT COURT